UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAN TANDON, | No.  2:25-cv-02111-DJC-CSK PS |
| Plaintiff, | ORDER |
| v. | (ECF No. 9) |
| COINBASE, INC., et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On November 6, 2025, the Magistrate Judge filed findings and recommendations (ECF No. 9), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On December 2, 2025, Plaintiff filed a document titled "motion for relief from order denying request for injunctive relief pursuant to FRCP 60(b)," which the Court construes as untimely objections to the findings and recommendations. (ECF No. 10.) Plaintiff objects on the grounds Plaintiff's bank reversed an allegedly wrongful transfer of funds, Plaintiff formally demanded cessation of collections based on alleged fraudulent activity, and the nature of the alleged social engineering attack establishes that all transactions were unauthorized. The Court has considered all objections raised.

1

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review.   The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations (ECF No. 9) are ADOPTED IN FULL; and

2.      Plaintiff's motion for emergency relief (ECF No. 6) is DENIED.

IT IS SO ORDERED.

Dated:   **January 9, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2