Nathan Walker (SBN 206128)
nwalker@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, CA 94612
Telephone: (510) 906-4900

*Attorneys for Defendant*
COINBASE, INC.

Karan Tandon
521 Dali Ct
Eldorado Hills, CA 95762
karan.tandon@gmail.com

*Plaintiff in pro per*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAN TANDON, | Case No.:    2:25-cv-02111-DJC-CSK (PS) |
| Plaintiff, | |
| v. | **STIPULATION ORDER TO STAY CLAIMS AGAINST DEFENDANT COINBASE, INC. PENDING ARBITRATION** |
| COINBASE, INC., ET AL., | |
| Defendants. | |

1

STIPULATION ORDER TO STAY CLAIMS AGAINST DEFENDANT COINBASE, INC. PENDING ARBITRATION

Plaintiff Karan Tandon and defendant Coinbase, Inc. stipulate and jointly ask this Court to stay Plaintiff's claims against Coinbase in this case pending the resolution of those claims by arbitration, as set forth below.  Nothing in this stipulation or the proposed stay affects Plaintiff's claims in this case against defendant Google, Inc.

WHEREAS, on July 29, 2025, Plaintiff filed his Complaint against Coinbase and Google in this case;

WHEREAS, on May 6, 2026, Coinbase (1) informed Plaintiff that the claims he has asserted against Coinbase in this case are subject to a binding arbitration agreement in the Coinbase User Agreement between Coinbase and Plaintiff; and (2) asked Plaintiff to voluntarily dismiss his claims against Coinbase in this case and to pursue those claims, if at all, in arbitration;

WHEREAS, Plaintiff thereafter filed a demand for arbitration against Coinbase before the American Arbitration Association;

WHEREAS, on May 15, Coinbase asked Plaintiff to stipulate to stay his claims against Coinbase in this case pending arbitration or, alternatively, voluntarily dismiss them;

WHEREAS, in response, Plaintiff has stipulated to stay his claims against Coinbase in this case pending arbitration; and

WHEREAS, Plaintiff and Coinbase agree that the proposed stipulated stay (1) will apply only to Plaintiff's claims against Coinbase, and not to his claims against Google; and (2) does not affect, and does not provide to either party, any right to seek attorneys' fees or costs in connection with Plaintiff's claims against Coinbase.

////

////

////

////

////

////

////

STIPULATION ORDER TO STAY CLAIMS AGAINST DEFENDANT COINBASE, INC. PENDING ARBITRATION

NOW, THEREFORE, Plaintiff and Coinbase stipulate and hereby ask this Court to stay Plaintiff's claims against Coinbase in this case pending arbitration of those claims.  A proposed order is set forth below.

Dated:  May 20, 2026                                  Respectfully submitted,

                                                      THE NORTON LAW FIRM PC

                                                      DocuSigned by:
/s/ Nathan Walker                                     _Nathan Walker_
                                                      51AA1EE9DAF04E0...
Nathan Walker

                                                      Attorneys for Defendant
                                                      COINBASE, INC.

Dated:  5/20/2026                                     Respectfully submitted,

                                                      KARAN TANDON

                                                      4C472E94B172437
                                                      Karan Tandon
                                                      DocuSigned By: Karan Tandon
                                                      Karan Tandon
                                                      Plaintiff, Pro Se

3

STIPULATION ORDER TO STAY CLAIMS AGAINST DEFENDANT COINBASE, INC. PENDING ARBITRATION

**<u>ORDER</u>**

PURSUANT TO STIPULATION, and good cause appearing, the Court hereby approves the Stipulation to Stay Claims Against Defendant Coinbase, Inc. Pending Arbitration.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Coinbase, Inc., in this case are stayed in this case pending resolution of those claims by arbitration.

Dated:  May 27, 2026           /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

STIPULATION ORDER TO STAY CLAIMS AGAINST DEFENDANT COINBASE, INC. PENDING ARBITRATION